UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21540-CIV-KING

SHARON COHEN,

    Plaintiff,

v.

CARNIVAL CORPORATION *doing business as* CARNIVAL CRUISE LINES,

    Defendant.
_____/

**ORDER RESETTING TRIAL DATE BASED ON CONFLICT**

**TRIAL: APRIL 26, 2010**

THIS MATTER came before the Court upon Defendant's Notice of Conflict (D.E. #10), file on July 14, 2009. After careful review and being fully advised in the premises thereof, it is

ORDERED, ADJUDGED and DECREED that the trial date of May 10, 2010 is hereby **cancelled** due to the conflict of defendant. Furthermore, the pretrial date and discovery and motion practice deadlines shall remain the same.

IT IS ORDERED and ADJUDGED that this case is hereby reset for **trial** on the two-weeks trial calendar commencing **April 26, 2010, at 9:00 a.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

## CALENDAR CALL

In order to make sure that cases set on this calendar are completely ready for trial and that all matters which might be a cause of delay of the trial have been ruled upon, the court hereby schedules a **calendar call** for **April 22, 2010, at 2:00 p.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.  All Defendants, whether in pre-trial custody or released on bond, must be present for this calendar call.

Under existing policies and agreements between the state and federal courts of Florida, the judge who enters the first written order scheduling a case for trial on a date set, has priority over the service of the attorney so scheduled for the date set.  See Krasnow v. Navarro, 909 F. 2d 451 (11th Cir. 1990).

It shall be the duty of the attorneys herein set to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above.  If any counsel receives a written notice of a trial from another judge, in either state or federal court, that in any way conflicts with this trial scheduled setting, it is the obligation of that attorney to notify that judge immediately so that the judge may reschedule his or her calendar, thus leaving counsel conflict free for this case.

Any private agreement, suggested or proposed Rule 16 scheduling conference agreements between counsel, Rule 16 scheduling order or orders of the court attempting

to set dates or deadlines contrary to this order are hereby stricken and declared void.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 20th day of July, 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:  Farris James Martin, III, Esq.
STROUP & MARTIN
119 SE 12th Stret
Fort Lauderdale, Florida 33316-1813
Facsimile: (954) 462-0278
*Counsel for Plaintiff*

J. Michael Magee, Esq.
CARNIVAL CORPORATION
3655 Northwest 87th Avenue
MLGL 815
Miami, Florida 33178-2428
Facsimile: (305) 406-5347
*Counsel for Defendant*